# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| J.R., by and through his Guardian, ad litem, | ) CV 07-1853-SH )  ) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

IT IS ADJUDGED that Judgment is entered in favor of the plaintiff, the decision of the Commissioner is reversed and benefits are awarded to plaintiff.

DATED: March 4, 2008

_____/ s /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE